**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

**LISA M. CLANTON,**

        **Plaintiff,**

**v.**                                        **Civil Action No. 2:14cv649**

**CITY OF VIRGINIA BEACH,**

        **Defendant.**

## CITY OF VIRGINIA BEACH'S MOTION TO DISMISS PLAINTIFF'S TITLE VII CLAIM

NOW COMES Defendant, City of Virginia Beach and pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6) and moves to dismiss Plaintiff's Title VII claim for sexual harassment because the Court lacks subject matter jurisdiction as the Plaintiff has failed to exhaust her administrative remedies as set forth more fully in the Memorandum in Support of Motion to Dismiss filed simultaneously herewith.

                                                  CITY OF VIRGINIA BEACH

                                                  By: _____/s_____
                                                           Of Counsel

Mark D. Stiles (VSB No. 30683)
City Attorney
Christopher S. Boynton (VSB No. 38501)
Deputy City Attorney
Michael A. Beverly (VSB No. 70805)
Associate City Attorney
Dannielle Hall-McIvor (VSB No. 74098)
Assistant City Attorney
*Attorneys for Defendants*
Office of the City Attorney
Municipal Center, Building One

2401 Courthouse Drive
Virginia Beach, Virginia 23456
(757) 385-4531 (Office)
(757) 385-5687 (Facsimile)
mstiles@vbgov.com
cboynton@vbgov.com
mbeverly@vbgov.com
dcmcivor@vbgov.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of January, 2015, I will electronically file the foregoing with the Clerk of the Court using the CM/EFC system, which will then send a notification of such filing (NEF) to the following:

                      Reid H. Ervin
                      Joshua L. Jewett
                      Reid H. Ervin & Associates, P.C.
                      2400 Dominion Tower
                      999 Waterside Drive
                      Norfolk, Virginia 23510


                                    _____/s_____
                                        Michael A. Beverly

Mark D. Stiles (VSB No. 30683)
City Attorney
Christopher S. Boynton (VSB No. 38501)
Deputy City Attorney
Michael A. Beverly (VSB No. 70805)
Associate City Attorney
Dannielle Hall-McIvor (VSB No. 74098)
Assistant City Attorney
*Attorneys for Defendants*
Office of the City Attorney
Municipal Center, Building One
2401 Courthouse Drive
Virginia Beach, Virginia 23456
(757) 385-4531 (Office)
(757) 385-5687 (Facsimile)
mstiles@vbgov.com
cboynton@vbgov.com
mbeverly@vbgov.com
dcmcivor@vbgov.com