**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| **LISA M. CLANTON**,<br><br>   PLAINTIFF,<br><br>  v.<br><br>**CITY OF VIRGINIA BEACH, VIRGINIA**<br><br>   DEFENDANT. | **Civil Action No. 2:14-cv-649** |

**JOINT NOTICE OF SETTLEMENT**

  Plaintiff Lisa M. Clanton and Defendant City of Virginia Beach, Virginia, hereby submit this Join Notice of Settlement and state:

  A settlement has been reached between the parties in this action. A written settlement agreement has been approved by both parties, and counsel with file a Stipulation of Dismissal upon completion of the terms described therein.

  WHEREFORE, the parties respectfully request that all future Court dates, including the Rule 16(b) conference currently scheduled for June 1, 2015, be postponed pending the Court's dismissal of the action under FRCP 41(a)(l)(A)(ii).

Dated: May 28, 2015            Respectfully submitted,

                    */s/ Joshua L. Jewett*
                    _____

                    Reid H. Ervin (VSB 01197)
                    rhervin@reidervin.com
                    Joshua L. Jewett (VSB 76884)

jjewett@reidervin.com
REID H. ERVIN & ASSOCIATES, P.C.
2400 Dominion Tower
999 Waterside Drive
Norfolk, VA 23510
T: (757) 624-9323
F: (757) 624-8414

*Counsel for Plaintiff Lisa M. Clanton*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Mark D. Stiles (VSB No. 30683)
mstiles@vbgov.com
Christopher S. Boynton (VSB No. 38501)
coynton@vbgov.com
Michael A. Beverly (VSB No. 70805)
mbeverly@vbgov.com
Danielle Hall-McIvor (VSB No. 74098)
dcmcivor@vbgov.com
Office of the City Attorney
Municpal Center, Building One
2401 Courthouse Drive
Virginia Beach, VA 23456
T: (757) 385-4531
F: (757) 385-5687

*Counsel for Defendant City of Virginia Beach, Virginia*

/s/ Joshua L. Jewett
_____

Joshua L. Jewett (VSB 76884)
jjewett@reidervin.com
REID H. ERVIN & ASSOCIATES, P.C.
2400 Dominion Tower
999 Waterside Drive
Norfolk, VA 23510
T: (757) 624-9323
F: (757) 624-8414