**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| **LISA M. CLANTON**, <br><br> PLAINTIFF, <br><br> v. <br><br> **CITY OF VIRGINIA BEACH, VIRGINIA** <br><br> DEFENDANT. | **Civil Action No. 2:14-cv-649** |

**STIPULATION OF DISMISSAL WITH PREJUDCE OF PLAINTIFF'S CLAIMS**

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice in its entirety, with each party bearing its own costs and attorneys' fees.

Respectfully submitted, this 11th day of June, 2015.

*/s/ Joshua L. Jewett*
_____
Joshua L. Jewett, Esq. (VSB 76884)
jjewett@reidervin.com
Reid H. Ervin, Esq. (VSB 01197)
rervin@reidervin.com
REID H. ERVIN & ASSOCIATES, P.C.
2400 Dominion Tower
999 Waterside Drive
Norfolk, VA  23510
T: (757) 624-9323
F: (757) 6248414

*Counsel for Plaintiff*

*/s/ Michael A. Beverly*
_____
Mark D. Stiles (VSB No. 30683)
mstiles@vbgov.com
Christopher S. Boynton (VSB No. 38501)
coynton@vbgov.com
Michael A. Beverly (VSB No. 70805)
mbeverly@vbgov.com
Danielle Hall-McIvor (VSB No. 74098)
dcmcivor@vbgov.com
Office of the City Attorney
Municpal Center, Building One
2401 Courthouse Drive
Virginia Beach, VA 23456
T: (757) 385-4531
F: (757) 385-5687

*Counsel for Defendant*